UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUSTIN HAYES,

          Plaintiff,

    v.

LOWE'S HOME CENTERS, LLC, *et al.*,

          Defendants.

Case No.  2:26-cv-1687-JDP

ORDER

The court has reviewed the parties' stipulation and orders as follows:

1.    Plaintiff's claims in his complaint, against all defendants, shall be submitted to and resolved through binding arbitration;

2.    This action is stayed pending completion of the arbitration; and

3.    The parties shall file a status report every sixty days apprising the court of the status of arbitration.

IT IS SO ORDERED.

Dated:    June 12, 2026                                 

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1