Michael Jaurigue (SBN 208123)
michael@jlglawyers.com
Osmundo Arguello (SBN 323154)
ozzie@jlglawyers.com
Rex Phillips (SBN 237747)
rex@jlglawyers.com
JAURIGUE LAW GROUP
300 West Glenoaks Boulevard, Suite 300
Glendale, California 91202

Attorneys for Plaintiff
JUSTIN HAYES

SEYFARTH SHAW LLP
Joshua A. Rodine (SBN: 237774)
jrodine@seyfarth.com
Autumn L. Moore (SBN: 274209)
amoore@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021

Attorneys for Defendant
LOWE'S HOME CENTERS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN HAYES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, a foreign limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:26-cv-01687-JDP<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed: February 9, 2026<br>Removal Filed:    May 1, 2026<br>Trial Date:        None set |

**TO THE HONORABLE COURT:**

PLEASE TAKE NOTICE THAT, pursuant to the Eastern District of California Local Rule 160, Plaintiff JUSTIN HAYES ("Plaintiff") and Defendant LOWE'S HOME CENTERS, LLC ("Defendant") (collectively the "Parties"), have reached a resolution in this matter.  To permit the Parties to comply with statutory review and revocation periods, as well as other terms of their agreement, the Parties jointly request that the Court vacate all pending case dates, and set a date no sooner than sixty (60) days from today for the Parties to file documents disposing of this matter.

DATED:  July 8, 2026                    JAURIGUE LAW GROUP


                                        By: */s/RexPhillips*
                                            Rex Phillips

                                            Attorneys for Plaintiff
                                            JUSTIN HAYES
                                        [*permission for e-signature granted via email on 07/08/2026]

DATED:  July 8, 2026                    SEYFARTH SHAW LLP


                                        By: */s/AutumnLMoore*
                                            Autumn L. Moore

                                            Attorneys for Defendant
                                            LOWE'S HOME CENTERS, LLC

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA               )
                                  ) SS
COUNTY OF LOS ANGELES             )

    I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is 2029 Century Park East, Suite 3500, Los Angeles, California  90067-3021.  On July 8, 2026, I served the within document(s):

### JOINT NOTICE OF SETTLEMENT

☐ **(BY MAIL)** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **(BY ELECTRONIC MAIL)** by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

JAURIGUE LAW GROUP               Attorneys for Plaintiff Justin Hayes
Michael Jaurigue
Osmundo Arguello
Rex Phillips                     Email:     *michael@jlglawyers.com*
300 W. Glenoaks Blvd., Suite 300            *ozzie@jlglawyers.com*
Glendale, CA 91202                          *rex@jlglawyers.com*

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on July 8, 2026, at Los Angeles, California.

_____
Dana Hass

---

PROOF OF SERVICE